■ ROBERT A. ORANGE, Plaintiff, v. SWIFTWAYS SUPERMARKETS, INC., Appellant, and PHILIP FITZEL et al., Respondents. (Action No. 1.) SWIFTWAYS SUPERMARKETS, INC., Appellant, v. EDDY PROVISIONS CO., INC., et al., Respondents, et al., Defendants. (Action No. 2.) — Order entered on or about January 8, 1969, denying motion for a joint trial, unanimously affirmed, with $30 costs and disbursements to respondents, without prejudice to an application for consecutive trials before the same Trial Justice. Action No. 2 is for a declaratory judgment relating to insurance coverage in respect to the occurrence underlying Action No. 1. A joint trial could possibly prejudice defendants in Action No. 1, which is triable before a jury. Concur — McGivern, J. P., Markewich, McNally and Bastow, JJ.